## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 2/1/2023 | $26,231.29 |

TOTAL TRANSFERS: $26,231.29